UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mike Fernandes,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Antioch, Post No. 6435, Veterans Of Foreign Wars Of The United States, a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:13-CV-05562-DMR<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: April 14, 2014     _____
　　　　　　　　　　　　HONORABLE CHARLES R. BREYER
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

Stipulation for Dismissal       Case: 3:13-CV-05562-DMR